# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00437-CR

**Carlos Gomez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. 2044099, HONORABLE DON B. MORGAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Carlos Gomez seeks to appeal from a judgment of conviction for attempted possession of a controlled substance. The trial court has certified that this is a plea bargain case and Gomez has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id.* rule 25.2(d).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   September 12, 2005

Do Not Publish